*Monday, September 11, 2000*

## MOTION DOCKET

**00–660. USX Corp. v. Penn Cent. Corp.**

Cuyahoga App. No. 74755. On August 24, 2000, appellants filed a memorandum opposing motion to dismiss and a motion to strike motion to dismiss with the names of several attorneys listed as counsel. J. Michael Jarboe and Timothy W. Bergin are not admitted to practice in Ohio and have not sought admission *pro hac vice* as required by S.Ct.Prac.R. I(1) and (2). Accordingly,

IT IS ORDERED by the court, *sua sponte,* effective September 8, 2000, that the names of J. Michael Jarboe and Timothy W. Bergin be, and hereby are, stricken from appellants' memorandum opposing motion to dismiss and appellants' motion to strike motion to dismiss, and they shall not be permitted to appear in this case.

**00–660. USX Corp. v. Penn Cent. Corp.**

Cuyahoga App. No. 74755. On May 16, 2000, appellee filed a memorandum in response; on August 14, 2000, appellee filed a motion to dismiss; and on September 5, 2000, appellee filed a memorandum opposing motion to strike motion to dismiss. Each document included the names of several attorneys listed as counsel. Peter M. Fishbein, Karen E. Katzman, and James J. Capra, Jr., are not admitted to practice in Ohio and have not sought admission *pro hac vice* as required by S.Ct.Prac.R. I(1) and (2). Accordingly,

IT IS ORDERED by the court, *sua sponte,* effective September 8, 2000, that the names of Peter M. Fishbein, Karen E. Katzman, and James J. Capra, Jr., be, and hereby are, stricken from appellee's memorandum in response, motion to dismiss, and memorandum opposing motion to strike motion to dismiss, and they shall not be permitted to appear in this case.

**00–1365. Denison v. Zaino.**

Board of Tax Appeals, Nos. 98–T–562 and 98–T–563. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for stay of the briefing schedule for sixty days with request to expedite,

IT IS ORDERED by the court that the motion for stay of the briefing schedule be, and hereby is, granted, to the extent that a stay is granted for a period of thirty days from the date of this entry.

**00–1544. AT&T Communications of Ohio, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 00–127–TP–COI and 83–464–TP–COI. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion to expedite ruling,

IT IS ORDERED by the court that the motion to expedite ruling be, and hereby is, denied, effective September 8, 2000.

DOUGLAS, J., would grant the motion to expedite and deny the stay.

PFEIFER, J., would grant.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**00–833. State v. Tipler.**

Summit App. No. 19344. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due September 1, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*